VORYS, SATER, SEYMOUR & PEASE LLP
Christopher M. Lapidus (SBN 316005)
cmlapidus@vorys.com
4675 MacArthur Court, Suite 700
Newport Beach, California 92660
Telephone:  (949) 526-7900
Facsimile:  (949) 526-7901

Attorney for Plaintiff
ALPARGATAS USA, INC. d/b/a HAVAIANAS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPARGATAS USA, INC. d/b/a HAVAIANAS, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FLOPSTORE LLC, a Washington limited liability company,<br><br>Defendant. | Case No: 2:21-cv-06063<br><br>**COMPLAINT FOR DAMAGES, INJUNCTIVE, AND OTHER RELIEF FOR TRADEMARK INFRINGEMENT IN VIOLATION OF 15 U.S.C §§ 1114, 1125(a), 1125(c); AND RELATED CLAIMS**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Alpargatas USA, Inc. d/b/a Havaianas ("Havaianas") brings this action against Defendant Flopstore LLC ("Flopstore") for trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114; false advertising in violation of 15 U.S.C. § 1125(a)(1)(B); unfair competition in violation of 15 U.S.C. § 1125(a)(1)(A); common law trademark infringement; and unfair competition in violation of Cal. Bus. & Prof. Code §§ 17200 *et seq*. Flopstore has infringed Havaianas's trademark rights, and engaged in unfair competition and false advertising, by falsely holding itself out as Havaianas and selling materially different Brazilian versions of Havaianas products under Havaianas's United States trademarks.  In support of its Complaint, Havaianas alleges as follows:

**PARTIES**

1.      Plaintiff Alpargatas USA, Inc. d/b/a Havaianas is a Delaware corporation with its principal place of business in Venice, California.

2.      Plaintiff Alpargatas USA, Inc. is the exclusive licensee of the Havaianas brand and trademarks in the United States, and has the rights to enforce the Havaianas trademarks in the United States.

3.      Defendant Flopstore is a limited liability company registered in Washington State.

4.      Flopstore runs an online store at www.flopstore.com selling footwear, including infringing products bearing Havaianas trademarks.

5.      Flopstore claims to be "established in 36 locations around the world." Upon information and belief, these locations are not brick-and-mortar stores, but rather third-party warehouses or other facilities belonging to other retailers that support Flopstore's online business.

6.      One of Flopstore's physical locations is in Bell, California.

**JURISDICTION & VENUE**

7.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1338, and 1367.  Havaianas's federal claims are predicated on 15 U.S.C. §§ 1114, 1125(a), and 1125(c), and Havaianas's claims arising under the laws of the State of California are substantially related such that they form part of the same case or controversy under Article III of the United States Constitution.

8.      This Court has personal jurisdiction over Flopstore because Flopstore has purposefully directed tortious activities toward the State of California and established sufficient minimum contacts with California by, among other things: (1) advertising and selling infringing products bearing Havaianas trademarks to consumers within California through its highly interactive commercial website; (2) sending mass emails containing infringing advertisements to consumers within California; (3) selling infringing products through its location in Bell, California;

(4) and doing the above with the knowledge that Havaianas is located in California and is harmed in California by Flopstore's infringement.

9.   Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Havaianas's claims occurred within this judicial district.

## FACTUAL ALLEGATIONS

### Havaianas and its Trademarks

10.   Havaianas is a Brazilian brand of flip-flop sandals created in 1962.

11.   Havaianas is the most popular brand of flip-flop sandals in the world, with 200 million pairs sold every year.

12.   While Havaianas began as a low-cost flip-flop brand in Brazil, it has since become an internationally recognized fashion staple brand and is favored by the fashion-forward consumer in the United States.

13.   The Havaianas brand shot to international fame in 1999 when haute couture designer Jean-Paul Gautier accessorized his models on the New York and Paris catwalks with Havaianas flip-flops.

14.   Havaianas has since expanded its fashion-forward reputation.  For example, Havaianas has launched limited-edition collaborations with luxury brands, like Valentino, Saint Laurent, Missoni; shoe designers, like Charlotte Olympia and Manolo Blahnik; jewelry designers H. Stern and Swarovski; and numerous other artists and fashion personalities.

15.   Havaianas is loved by celebrities and is regularly featured in the fashion press, including Vogue and Elle magazines.

16.   Havaianas also creates licensed products for some of the most well-known and beloved pop culture characters, like Hello Kitty (Sanrio); Pokémon and Mario Bros. (Nintendo); Marvel Characters; and Disney.

17.     As a must-have fashion staple, the price point for Havaianas ranges from $18 for the most basic pair of flip-flops to upwards of $200 per pair for some designer collaborations.

18.     Havaianas was first established in the United States in 2006. Havaianas varies its product line by country.  For example, it offers closed-toed versions of its sandals in cooler climates, and different designs and colors in different markets.

19.     Today, Havaianas operates 11 brick-and-mortar retail stores in the United States, close to a dozen seasonal temporary retail locations, and a direct-to-consumer e-commerce website, www.havaianas.com.

20.     In addition to selling direct-to-consumer, Havaianas sells its products through a network of authorized retailers.  These authorized retailers include luxury, fashion, specialty, and boutique retailers.  Havaianas's authorized retailers in the United States include Nordstrom, Saks Fifth Avenue, Revolve.com, Neiman Marcus, and Bloomingdales.

21.     Havaianas does not allow its products to be sold in the United States by unauthorized resellers.

22.     The Havaianas brand in the United States is protected by numerous trademarks registered with the United States Patent and Trademark Office ("USPTO"), including but not limited to Registration Nos. 1,858,280; 1,906,924; 4,582,450; and 4,686,653 ("Havaianas Trademarks").

23.     The registrations for the Havaianas Trademarks are valid, subsisting, and in full force and effect.

24.     The Havaianas Trademarks are owned by Alpargatas S.A., a Brazilian company.

25.     However, pursuant to a Trademark License Agreement, Plaintiff Alpargatas USA, Inc. d/b/a Havaianas is the exclusive licensee of the Havaianas Trademarks in the United States.

26.     Under its license, Plaintiff Alpargatas USA, Inc. expressly has the right to enforce the Havaianas Trademarks in the United States, including bringing litigation against infringers.

27.     Under its license, Plaintiff Alpargatas USA, Inc. has property rights in the Havaianas Trademarks.

28.     Under its license, Plaintiff Alpargatas USA, Inc. has rights in the Havaianas Trademarks tantamount to those of an assignee.

29.     Havaianas actively uses and markets the Havaianas Trademarks in interstate commerce in the United States.

30.     The Havaianas Trademarks have substantial value.

31.     Havaianas products authorized for sale in the United States are different from those authorized for sale in other countries such as Brazil.

32.     For example, Havaianas products in Brazil, consistent with Havaianas's original low-cost brand positioning there, are inexpensive and can be purchased at venues such as grocery stores and gas stations.

33.     By contrast, Havaianas products in the United States are branded as must-have fashion accessories, contain special tags, are sold only at certain authorized retailers, and are more expensive:



34.     For example, Havaianas products authorized for sale in the United States contain a stylized tag pictured below:

 

35.     This tag includes: (1) distinctive elements of the Havaianas brand such as the rice pattern and elliptical trademark; (2) an authenticity hologram; (3) a statement that says: "Only original Havaianas have this official seal of authenticity. Be sure you are buying original Havaianas."; (4) statement indicating that the product is authorized for U.S. distribution; and (5) a sticker indicating "Made in Brazil" and the product's price in U.S. dollars, color in English, and size in U.S. footwear sizing (7/8 in the example above).

36.     Of critical importance is the hologram on the tag, which demonstrates to consumers that they are purchasing an authentic pair of Havaianas:





37.     The above tag – with authenticity hologram – does not come with Havaianas products sold in Brazil.

38.    The presence of the above tag is a material difference to United States consumers because it improves the aesthetics of the product, guarantees the product's authenticity to consumers, and provides U.S. sizing information. Consumers in the United States are more likely to buy Havaianas products that come with the above tag.

39.    Instead of the above tag, Havaianas products sold in Brazil include a barcode sticker on the outsole of the product, as shown below.  The barcode sticker is primarily intended for commercial sorting of the product by the manufacturer and its distribution partners, and is not designed to be consumer-friendly.  For example, the barcode sticker lacks Havaianas's branding, contains abbreviated model names, and is written only in Portuguese.  The barcode sticker also indicates Brazilian sizing (37/38 in the example below), rather than US sizing, contains the color in Portuguese ("Berinjela," meaning eggplant), and does not contain a price or indicate that the product is made in Brazil.



40.    Havaianas products in the United States do not contain this barcode sticker on the outsole of the product and are labeled in English, Spanish, French, and Portuguese.

41.    The lack of the barcode sticker on the outsole above is a material difference to consumers in the United States.  By omitting the barcode sticker from

the outsole, Havaianas products in the United States have an improved, upscale aesthetic appearance that is more consumer-friendly rather than optimized for mass sorting. Additionally, the presence of Brazilian sizing and Portuguese language on the barcode sticker would confuse United States consumers and cause them to believe they are receiving a materially different product, and potentially an inauthentic product. Consumers in the United States are more likely to buy Havaianas products that do not come with the barcode sticker shown above.

42. Additionally, Havaianas products sold by Havaianas's authorized retailers in the United States come with a cardboard hanger with the elliptical Havaianas branding, as seen below (and *supra* ¶ 33):



43. Havaianas products purchased by consumers from Havaianas.com omit any hanger.

44. However, Havaianas products sold in Brazil come with a black plastic hanger, as seen below:



45. The difference in hangers is a material difference because cardboard products are perceived as more environmentally friendly by United States consumers, and are more consistent with the brand image and brand position of Havaianas in the United States. Consumers in the United States are more likely to

buy Havaianas products that come with the cardboard hanger shown above, rather than the plastic hanger.

46.     In addition, Havaianas products in the United States come in different colors and designs than Havaianas products designed for the Brazilian market. Havaianas has a large product assortment in Brazil including hundreds of models, designs, and colors, but releases only a limited selection of these in the United States based on the preferences of the U.S. market and consumer.

47.     These differences in models, designs, and colors are material to United States consumers as Havaianas is a fashion-forward brand that delivers seasonal, on-trend styles and colors to consumers.  Havaianas offers the models, designs, and colors in the United States that it believes are most appealing and on-trend to United States consumers.  United States consumers would be more likely to buy Havaianas products with on-trend models, designs, and colors rather than products targeted at consumers in Brazil.

48.     Furthermore, Havaianas corresponds each launch of a new year's product line with the start of the summer in each country.  In Brazil, a new line is launched every January because that is the beginning of the summer season in Brazil, while the new line of Havaianas products in the United States is launched in April in anticipation of the beginning of the summer season in the United States.

49.     Unauthorized sellers importing goods into the United States intended for other markets disrupt this distribution schedule and cause consumer confusion about whether the consumer is purchasing this season's new releases, which is material because Havaianas is a fashion-forward brand.

50.     This difference in seasonality is material to United States consumers. United States consumers are more likely to purchase Havaianas products that are part of the new season's launch in the United States.

### Flopstore's Infringing Parallel Import Sales

51.     Defendant Flopstore runs an online store at www.flopstore.com.

52.     In addition to doing business through www.flopstore.com, Flopstore also operates dozens of online stores with non-United States web addresses such as www.flopstore.ca, www.flopstore.co.uk, and zar.flopstore.com that nonetheless offer shipping into the United States and thereby target U.S. customers.

53.     Flopstore does a substantial amount of business.  For example, Flopstore claims that it has been in business for eight years, is established in 36 locations around the world, offers shipping to 36 different countries, and claims that it carries tens of thousands of pairs of footwear "in stock."

54.     Havaianas is the most popular brand sold by Flopstore.  Havaianas products are featured prominently on Flopstore's website and are the top-listed brand in the Men, Women, and Unisex categories of Flopstore's website.

55.     Flopstore is not an authorized retailer of Havaianas products.

56.     Flopstore acquires the Havaianas products it sells from Brazil.

57.     In particular, Flopstore operates in Brazil through two Brazilian companies and runs an office and warehouse in Campo Largo, Parana State, Brazil.

58.     Havaianas hired an investigator to visit Flopstore's office in Campo Largo.  The investigator discovered that Flopstore acquires its products from a Brazilian company based in Sao Paulo.  The investigator also spoke with a Flopstore employee, who confirmed that the products being stored in Flopstore's Campo Largo location came from Sao Paulo and were dedicated exclusively to the international market through the Flopstore.com website.

59.     As explained above, there are numerous material differences between Brazilian and U.S. Havaianas products.

60.     Havaianas's investigator performed a test purchase from Flopstore.com in the United States and received Brazilian products that are materially different from U.S. Havaianas products.

61.     For example, the product Havaianas's investigator received came in a damaged cardboard box shown below.

1
2
3
4
5
6
7
8



9    62.    Additionally, the Flopstore product included a black plastic hanger.
10   As discussed above, the black plastic hanger is a characteristic of Havaianas
11   products in Brazil.   Authorized United States Havaianas products instead come
12   with a cardboard hanger with Havaianas branding, or no hanger, both of which are
13   seen as more environmentally friendly, consistent with the brand position of
14   Havaianas's competitors, and desirable by U.S. consumers.

15   63.    Moreover, these Flopstore products lack the hologram tag that
16   accompanies authorized United States Havaianas products as described above.

17   64.    Instead, as shown in the following picture, Flopstore's products
18   contain the Brazilian barcode sticker with Brazilian sizing on the outsole.
19   Authorized U.S. Havaianas products do not contain this sticker.

20
21
22



23
24
25

26   65.    On another occasion, Havaianas's investigator performed a different
27   test buy and confirmed again that Flopstore was shipping products that were
28   materially different from Havaianas's authorized U.S. products.    Havaianas's

investigator received the following product from Flopstore, which again came in a damaged cardboard box, contained a plastic hanger and barcode sticker on the outsole, and lacked U.S. branding:



66.     By contrast, the U.S. version of the above Havaianas product, when ordered from Havaianas's authorized retailers or from Havaianas, does not come in a damaged box, does not include a plastic hanger, and does not have a barcode sticker on the outsole.

67.     Flopstore also offers products with Havaianas Trademarks in many designs and colors that Havaianas has not authorized for sale in the United States. For example, Havaianas's investigator ordered and received the following "Verano New Coral" design Havaianas product from Flopstore.com:



68.     Havaianas has never authorized the "Verano New Coral" design to be sold in the United States, given the different consumer preferences in different markets.

69.     In addition to these differences, Flopstore also offers customer service that is inferior to the customer service that authorized Havaianas retailers offer in the United States.

70.     For example, Havaianas's investigator ordered a pair of Havaianas sandals from Flopstore.  Flopstore charged the investigator's credit card, but as of one month past the order date, still had not shipped the Havaianas sandals to the investigator, despite expressly advertising on its website that it had the footwear "in stock and ready to ship to you!"

71.     Flopstore has also received numerous complaints from other consumers who have experienced poor customer service when buying Havaianas products from Flopstore.  Some of these negative reviews can be seen online at review sites such as Yelp (www.yelp.com/biz/flopstore-bell), Scampulse (www.scampulse.com/flopstore-reviews), and the Better Business Bureau (www.bbb.org/us/ca/bell/profile/business-services/flopstore-1216-345996/complaints).

72.     Flopstore's rating on Yelp is only 1.5 out of 5 stars.  Numerous consumers have complained on Yelp of ordering Havaianas products from Flopstore and being charged but never receiving the product or a response:

1
2

**Cara E.**
Vancouver, Canada
⊡ 0  ⊟ 18  ⊠ 1

3
4

⭐☆☆☆☆  7/15/2021

Going on 6 weeks now for delivery. Summer will be over before my order arrives!  Customer service is no help!

5

| ⊙ Useful | ☺ Funny | ☺ Cool |

6
7

**Julie G.**
Fremont, CA
⊡ 0  ⊟ 1

8
9

⭐☆☆☆☆  4/27/2021

10

I ordered a pair of Havianas in February and still have not received them. I tried contacting the store to no avail. DO NOT ORDER ANYTHING FROM THESE RIP OFF ARTIST!  The have this nice website that is so misleading. Quick to charge my card though...Considering reporting them to the Federal Trade Commission...

11

| ⊙ Useful 1 | ☺ Funny | ☺ Cool |

12
13

**Linda D.**
Fort Lauderdale, FL
⊡ 0  ⊟ 5

14
15

⭐☆☆☆☆  5/16/2019

16

Order was placed easily.
I asked for fast shipping DHL.
I am waiting for almost a month for this order.

17

Many emails sent do not address the issue, I only get a canned response that "order was shipped" with tracking number which shows no movement in the past 9 days.

18

I wonder if it is not a scam and then the DHL site is a scam as well.
AVOID this site.

19

| ⊙ Useful 2 | ☺ Funny | ☺ Cool |

20
21

**David S.**
Irvine, CA
⊡ 0  ⊟ 4

22
23

⭐☆☆☆☆  6/1/2018

24

I had the same experience as everyone else.  Credit card got charged, the business never shipped the Havaianas I ordered and they didn't respond to several e-mails.  I had to dispute the charge with my credit card company and then get a different credit card number.  Total scam.

25

| ⊙ Useful 10 | ☺ Funny | ☺ Cool |

26
27
28

73.    Similar complaints about Flopstore can be seen on the Scampulse website.  For example, one Flopstore customer complained on Scampulse about a similar experience ordering Havaianas from Flopstore, where Flopstore charged

the customer immediately but did not ship the product for weeks, gave the customer only excuses when contacted, and did not process a refund.

> Ordered a pair of Havianas in August 2018. Credit card was charged and received an email confirmation of the order. Never received the order. Emailed after a few weeks and was told the order had been "damaged" and that they were waiting for a new shipment. Several weeks went by and no order was received. Emailed again and received another excuse. After 2 months, requested a refund. Was told that a refund would be issued to my credit card in 6-10 days. The refund never showed up. After 14 days I emailed to report. They emailed back saying the same thing, that a refund would be issued in 6-10 days and that I could contact my credit card company if I wanted to. It's been 14 days since that email and still no refund. This is a fake company.

74.    The Better Business Bureau gives Flopstore a grade of F, citing a pattern of complaints against Flopstore that Flopstore failed to resolve.  This grade can be seen online at www.bbb.org/us/ca/bell/profile/business-services/flopstore-1216-345996/overview-of-bbb-ratings.

75.    Customers have filed similar complaints against Flopstore with the Better Business Bureau, claiming for example that Flopstore did not ship the customer's order under after the customer filed a claim:



**Complaint Type:** Delivery Issues     **Status:** Resolved ⓘ

06/29/2021

I ordered a pair of sandals on June 1st from the Flopstore. Paid for 5 to 10 day shipping and have still not received my order. I have emailed them several times and no response. I would like my item or my money refunded. I did receive one email that the order shipped and received a tracking number that doesn't work.

**Desired Outcome**
Delivery

76.    Despite these poor reviews on neutral third-party sites, Flopstore's own website contains the below graphic claiming it has customer ratings of 9.9/10. However, Flopstore's website provides no link to verify these customer ratings.



CUSTOMER RATINGS: 9.9/10

★★★★★★★★★★

BASED ON 12056 REVIEWS

GODADDY®
VERIFIED & SECURED
VERIFY SECURITY HERE

77.     Upon information and belief, the above claim by Flopstore is false, and therefore constitutes false advertising and poor customer service.

78.     Flopstore's poor customer service is another way in which the Havaianas products it sells are materially different from authorized Havaianas products.  Havaianas would not allow its authorized retailers in the United States to provide such poor customer service, but would instead require them to take corrective action if it received similar complaints.

79.     This difference in customer service is a material part of what a consumer buys when the consumer purchases a product online.  Consumers would be less likely to buy Havaianas products if they knew those products would be subject to Flopstore's poor customer service.

80.     For these reasons, Flopstore's products are materially different from authorized Havaianas products in the United States, and Flopstore's sale of those products under the Havaianas Trademarks infringes on the Havaianas Trademarks.

81.     Flopstore's sale of materially different products under the Havaianas Trademarks is likely to cause consumer confusion among U.S. consumers and thus infringe on the Havaianas Trademarks because consumers are likely to believe they are receiving products that Havaianas has authorized in the United States, when they will actually receive materially different Brazilian products.

82.     Flopstore's website contains a false, misleading, and infringing disclaimer on its "About Us" page at www.flopstore.com/com_english/about-us/.

83.     This disclaimer falsely states that: "All Havaianas are genuine products sourced from authorized dealers in their local country."

84.     This disclaimer is false.  Flopstore acquires the Havaianas products it sells in the United States from Brazil, not from an authorized Havaianas dealer in the United States.  Flopstore's employee confirmed to Havaianas's investigator that Flopstore products are shipped from its warehouse in Campo Largo, Brazil to other countries.

85.     Moreover, this disclaimer does not explain any of the material differences between Flopstore's Brazilian products and Havaianas's authorized United States products.  For example, this disclaimer does not explain that the packaging between the products is different, that the products have different hangers, or that the products have different tags and stickers.

86.     This disclaimer page is also itself infringing because it lists the official trademark registration numbers and other information for Havaianas trademarks, and contains a prominent picture of a pair of Havaianas products, thus giving the impression that Flopstore is authorized to use those trademarks.

87.     Furthermore, this disclaimer appears only on Flopstore's "About Us" page, which few consumers are likely to visit, and not on its actual product pages.

88.     For these reasons, Flopstore's disclaimer is not adequate to alleviate consumer confusion, but is itself false, misleading, and infringing.

### Flopstore's Infringing Email, Search, and Affiliate Advertising

89.     In addition to doing business through its website, Flopstore also runs an email marketing list.

90.     Customers can sign up for Flopstore's email marketing list on Flopstore's website.

91.     Flopstore represents itself as "Havaianas" in its email marketing list. For example, Flopstore sent a marketing email to its customers on May 21, 2021 representing its name as Havaianas as seen below (highlighting added):

> **From:** Havaianas <sales@flopstore.com>
> **Date:** May 21, 2021 at 1:13:25 PM PDT
> **Subject: May 2021 Sale on Havaianas - 40% off**
> **Reply-To:** sales@flopstore.com

92.     Flopstore's email infringes on the Havaianas Trademarks and is likely to cause consumer confusion because consumers will believe that Flopstore is Havaianas, or is at least affiliated with Havaianas, when in fact Flopstore is an

unauthorized seller that is not affiliated with Havaianas or authorized by Havaianas to advertise or sell its products.

93.     Flopstore also infringes on the Havaianas Trademarks through its sponsored search advertising.  For example, Flopstore has sponsored the following advertisement on Google:



94.     This advertisement infringes on Havaianas Trademarks because it states that Flopstore is having an "Official" sale of Havaianas products, implying that it is affiliated with and has authorization from Havaianas for its sale.

95.     This advertisement is also false and misleading, because it claims that Flopstore's products "Ships from United States," when they are in fact parallel import products from Brazil.

96.     Flopstore further infringes on the Havaianas Trademarks through its affiliate marketing program.  Details about the affiliate marketing program are online here: www.flopstore.com/com_english/affiliate/.

97.     Flopstore's affiliate marketing program gives the impression that it is affiliated with Havaianas.  For example, Flopstore's website lists Havaianas under "OUR BRANDS" and uses Havaianas's trademarked logo.

98.     Flopstore's affiliate marketing site does not disclose that it is not an authorized seller of Havaianas products.

99.     Flopstore has induced other businesses, including Havaianas's authorized sellers, to refer customers to it through its affiliate marketing program.

100.   Flopstore's affiliate marketing program infringes on the Havaianas Trademarks and is likely to cause consumer confusion because it represents Flopstore as affiliated with Havaianas and gives the impression to consumers that Flopstore is affiliated with Havaianas by inducing authorized Havaianas sellers and other entities trusted by consumers to refer business to Flopstore.

**Havaianas Has Been Harmed by Flopstore's Conduct**

101.   Havaianas has suffered, and will continue to suffer, significant monetary harm as a result of Flopstore's infringement including, but not limited to, loss of sales, damage to its intellectual property, and damage to its existing and potential business relations.

102.   Havaianas has suffered, and will continue to suffer, irreparable harm as a result of Flopstore's actions including, but not limited to, irreparable harm to its reputation, goodwill, intellectual property rights, and brand integrity.

103.   Havaianas is entitled to injunctive relief because, unless enjoined by the Court, Flopstore will continue to unlawfully sell infringing materially different parallel import products bearing the Havaianas Trademarks and advertising itself as affiliated with Havaianas, causing continued irreparable harm to Havaianas's reputation, goodwill, intellectual property, and brand integrity.

104.   Flopstore's conduct was and is knowing, reckless, intentional, willful, malicious, wanton, and contrary to law.

105.   Havaianas warned Flopstore that its conduct was unlawful on multiple occasions, including through formal cease-and-desist letters it sent to Flopstore on April 9, 2021 and May 24, 2021.  However, Havaianas never received a response to its letters.

106.   Flopstore's willful violations of the Havaianas Trademarks and continued pattern of misconduct demonstrate intent to harm Havaianas.

## FIRST CAUSE OF ACTION

### Trademark Infringement – 15 U.S.C. § 1114

107.   Havaianas re-alleges and incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

108.   Havaianas is the exclusive licensee of the Havaianas Trademarks in the United States with rights tantamount to an assignee.  As such, Havaianas has the right to enforce those trademarks in the United States.

109.   The Havaianas Trademarks are registered with the USPTO, and are valid and subsisting trademarks in full force and effect.

110.   Flopstore willfully and knowingly used and continues to use the Havaianas Trademarks in commerce for purposes of selling materially different parallel import products without Havaianas's consent.

111.   Flopstore willfully and knowingly used and continues to use the Havaianas Trademarks in commerce for purposes of advertising itself as Havaianas, or affiliated with or authorized by Havaianas.

112.   Flopstore's unauthorized and infringing use of the Havaianas Trademarks has materially damaged the value of the Havaianas Trademarks.

113.   As a proximate result of Flopstore's actions, Havaianas has suffered and will continue to suffer damage to its business, goodwill, reputation, and profits, in an amount to be proven at trial.

114.   Havaianas is entitled to recover its damages caused by Flopstore's infringement of its trademarks and disgorge Flopstore's profits from its willful infringement and unjust enrichment.

115.   Havaianas is entitled to injunctive relief under 15 U.S.C. § 1116 because it has no adequate remedy at law for Flopstore's infringement, and unless Flopstore is permanently enjoined, Havaianas will suffer irreparable harm.

116.   Havaianas is entitled to enhanced damages and attorneys' fees under 15 U.S.C. § 1117(a) because Flopstore willfully, intentionally, maliciously, and in bad faith infringed on the Havaianas Trademarks.

## SECOND CAUSE OF ACTION

### False Advertising – 15 U.S.C. § 1125(a)(1)(B)

117.   Havaianas re-alleges and incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

118.   Flopstore willfully and knowingly used, and continues to use, the Havaianas Trademarks in interstate commerce for the purpose of advertising, promoting, and selling products bearing the Havaianas Trademarks and representing itself as Havaianas without Havaianas's authorization.

119.   Flopstore's use of the Havaianas Trademarks in connection with the unauthorized sale and advertising of products is likely to cause confusion, cause mistake, or deceive because it falsely suggests that the products offered for sale by Flopstore are genuine U.S. Havaianas products, and that Flopstore is Havaianas or is affiliated with Havaianas.

120.   Flopstore's unauthorized and deceptive use of the Havaianas Trademarks is material and likely to influence customers to purchase its products.

121.   Flopstore's unauthorized use of the Havaianas Trademarks, in advertising and otherwise, infringes on the Havaianas Trademarks.

122.   As a proximate result of Flopstore's actions, Havaianas has suffered, and will continue to suffer, great damage to its business, goodwill, reputation, and profits in an amount to be proven at trial.

123.   Havaianas is entitled to recover its damages caused by Flopstore's infringement of the Havaianas Trademarks, and disgorge Flopstore's profits from its willfully infringing sales and unjust enrichment.

124.   Havaianas is entitled to injunctive relief under 15 U.S.C. § 1116 because it has no adequate remedy at law for Flopstore's actions and, unless Flopstore is permanently enjoined, Havaianas will suffer irreparable harm.

125.   Havaianas is entitled to enhanced damages and attorneys' fees under 15 U.S.C. § 1117(a).

### **THIRD CAUSE OF ACTION**

### **Unfair Competition – 15 U.S.C. § 1125(a)(1)(A)**

126.   Havaianas re-alleges and incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

127.   Flopstore willfully and knowingly used, and continues to use, the Havaianas Trademarks in commerce for the purpose of selling materially different parallel import Havaianas products without Havaianas's consent.

128.   Flopstore willfully and knowingly used, and continues to use, the Havaianas Trademarks in commerce for the purpose of representing itself as Havaianas or at least affiliated with Havaianas.

129.   Flopstore's use of the Havaianas Trademarks in its sale and advertising is likely to cause confusion, cause mistake, or deceive consumers because it falsely suggests that Flopstore is Havaianas or an affiliate selling genuine U.S. Havaianas products, when in fact Flopstore is an unauthorized seller selling materially different parallel import Havaianas products from Brazil.

130.   Flopstore's unauthorized sale of products bearing the Havaianas Trademarks and unauthorized use of the Havaianas Trademarks in advertising infringe on the Havaianas Trademarks and materially damage the value of the Havaianas Trademarks.

131.   As a proximate result of Flopstore's actions, Havaianas has suffered, and will continue to suffer, great damage to its business, goodwill, reputation, and profits in an amount to be proven at trial.

132.   Havaianas is entitled to recover its damages caused by Flopstore's infringement of the Havaianas Trademarks and disgorge Flopstore's profits from its willfully infringing sales and unjust enrichment.

133.   Havaianas is entitled to injunctive relief under 15 U.S.C. § 1116 because it has no adequate remedy at law for Flopstore's actions and, unless Flopstore is permanently enjoined, Havaianas will suffer irreparable harm.

134.   Havaianas is entitled to enhanced damages and attorneys' fees under 15 U.S.C. § 1117(a).

## FOURTH CAUSE OF ACTION

### Common Law Trademark Infringement

135.   Havaianas re-alleges and incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

136.   This claim arises under the laws of the State of California.

137.   Flopstore's willful and knowing use of the Havaianas Trademarks to sell materially different parallel import products and advertise itself as affiliated with Havaianas without Havaianas's consent causes consumer confusion or mistake, and constitutes trademark infringement under the common law of the State of California.

138.   Havaianas is entitled to recover its damages caused by Flopstore's infringement of the Havaianas Trademarks and disgorge Flopstore's profits from its willfully infringing sales and unjust enrichment.

139.   Havaianas is entitled to an award of punitive damages because Flopstore acted with malice, oppression and fraud in conscious disregard of Havaianas's rights, and Flopstore's officers, directors, and managing agents authorized and ratified its despicable conduct.

## FIFTH CAUSE OF ACTION

### Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200 *et seq.*

140.   Havaianas re-alleges and incorporates the allegations set forth in the foregoing paragraphs as if fully set forth herein.

141.   This claim arises under the laws of the State of California.

142.   Flopstore's unauthorized sale of materially different parallel import products under the Havaianas Trademarks and unauthorized use of the Havaianas Trademarks to imply an affiliation with Havaianas constitute unlawful, unfair, and fraudulent business practices, as described in California Business and Professions Code §§ 17200 *et seq.*, as these actions are likely to deceive and mislead the public and violate federal statutes.

143.   As a result of Flopstore's unlawful actions, Havaianas has suffered a discrete economic injury, including loss of money and sales, as well as damage to goodwill and reputation.  Furthermore, as a result of Flopstore's unlawful actions, Havaianas has suffered, and continues to suffer, irreparable harm.

144.   Havaianas is entitled to injunctive relief under Cal. Bus. & Prof. Code § 17203 because it has no adequate remedy at law for Flopstore's infringement, Flopstore's wrongful conduct is likely to recur, and unless Flopstore is permanently enjoined, Havaianas will suffer irreparable harm.

## PRAYER FOR RELIEF

WHEREFORE, Havaianas prays for relief and judgment as follows:

A.   Judgment in favor of Havaianas and against Flopstore in an amount to be determined at trial, including but not limited to: compensatory damages; statutory damages; treble damages; restitution, including disgorgement of profits; punitive damages; and pre- and post-judgment interest, as permitted by law;

B.   A permanent injunction enjoining Flopstore; its officers, agents, servants, employees, and attorneys; and all other persons who are in active concert or participation with them (the "Enjoined Parties") as follows:

    i)      Prohibiting the Enjoined Parties from distributing, circulating, selling, offering to sell, advertising, promoting, or displaying, via the Internet or otherwise, any Havaianas Products or products bearing the Havaianas Trademarks.

    ii)     Prohibiting the Enjoined Parties from importing Havaianas Products or products bearing the Havaianas Trademarks for purposes of resale;

    iii)   Prohibiting the Enjoined Parties from using Havaianas Trademarks in any manner, including Internet and email advertising; and

    iv)   Prohibiting the Enjoined Parties from representing that they are Havaianas, or have any affiliation or association with Havaianas.

C.    An award of attorneys' fees, costs, and expenses; and

D.    Such other and further relief as the Court deems just, equitable, and proper.

DATED: July 27, 2021            **VORYS, SATER, SEYMOUR AND PEASE LLP**

By: */s/ Christopher M. Lapidus*
       Christopher M. Lapidus
       ***Attorney for Plaintiff Alpargatas USA, Inc. d/b/a Havaianas***

## <u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiffs demand a trial by jury of all issues so triable.

DATED:  July 27, 2021                    **VORYS, SATER, SEYMOUR AND PEASE LLP**


By: */s/ Christopher M. Lapidus*
Christopher M. Lapidus
***Attorney for Plaintiff Alpargatas USA, Inc. d/b/a Havaianas***